IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-HC-2107-FL

| | | |
|---|---|---|
| BRANDON RICARDO SETZER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| J. ANDREWS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a federal inmate proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter is before the court on petitioner's failure to comply with the court's November 21, 2019, order directing that he pay the $5.00 filing fee in this action, request an extension of time in which to make payment, or demonstrate that he lacks access to sufficient funds to make the payment. The court warned petitioner that if he failed to comply with the order, this action will be dismissed. Accordingly, the court DISMISSES this action for failure to prosecute, and DENIES a certificate of appealability. The clerk is DIRECTED to close this case.

SO ORDERED, this the 17th day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge