IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRANDON RICARDO SETZER<br>　　　　Plaintiff,<br>　　v.<br>J. ANDREWS, *Warden*<br>　　　　Defendant. | **Judgment in a Civil Case**<br><br>Case Number: 5:19-HC-2107-FL |

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for failure to comply with the court's November 21, 2019 order.

**IT IS ORDERED AND ADJUDGED** in accordance with the court's order entered this date, that this action is hereby dismissed for failure to prosecute and DENIES a certificate of appealability.

This Judgment Filed and Entered on January 17, 2020, with service on:
Brandon Ricardo Setzer (via U.S. Mail)
90970-083
Butner Medium II - F.C.I.
P.O. Box 1500
Butner, NC 27509

January 17, 2020
　　　　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　　　Deputy Clerk